USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 18 OCT 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TODD KREISLER,

        Plaintiff,

v.

FRESH SUBWAY 62, LLC,
a New York limited liability company,
d/b/a SUBWAY,

        Defendant.
-------------------------------------------------------X

Civil Action No.: 10 Civ. 3812 (LTS)
ECF CASE

STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE

      The Plaintiff, TODD KREISLER, (hereinafter the "Plaintiff"), by and through his undersigned counsel, and FRESH SUBWAY 62, LLC, a New York limited liability company, (hereinafter the "Defendant"), by and through its undersigned counsel, and pursuant to the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action with prejudice. A resolution of all matters in dispute has been made pursuant to a certain Confidential Settlement Agreement. All parties shall bear their own costs, attorneys' fees, and expenses other than those specified in said Confidential Settlement Agreement and all parties agree not to file any further motions in this matter other than to enforce the terms of the Settlement Agreement, if necessary.

      Dated this 13th day of October, 2010.

[SIGNATURES ON FOLLOWING PAGE]

Respectfully submitted,

_____
Adam T. Shore, Esq.
Law Office of Adam Shore
Attorney for Plaintiff
100 Park Avenue, Suite 1600
New York, New York 10017
(t) 646-476-4296
(f) 646-390-7422
Email: atscsq@gmail.com

_____
Lewis R. Silverman, Esq.
Rutherford & Christie, LLP
Attorney for Defendant
369 Lexington Avenue, 8th Floor
New York, New York 10017
(t) 212-569-5799
(f) 212-599-5162
Email: lrs@rutherfordchristie.com

_s/ B. Bradley Weitz, Esq._
B. Bradley Weitz, Esq.
The Weitz Law Firm, P.A.
Attorney for Plaintiff
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
(t) 305-949-7777
(f) 305-704-3877
Email: bbw@wietzfirm.com

The Clerk of Court is requested to close this case.

SO ORDERED:

_____ 10/18/2010
HONORABLE LAURA TAYLOR SWAIN
U.S.D.J.